

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00531-CV

Yvonne **OCANAS**,
Appellant

v.

Jose J. **OCANAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18248
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record in this appeal was due October 6, 2016, but was not filed. On October 11, 2016, this court notified Luis Duran Jr. by letter that he is the court reporter responsible for timely filing the reporter's record, and the record had not been filed.[1] Our notice required Mr. Duran to file the record no later than November 10, 2016, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Mr. Duran was required to file a notice so advising the court no later than October 21, 2016. Because we received no response to our letter, we ordered Mr. Duran to file the reporter's record in this court on or before December 21, 2016. Mr. Duran was advised that if the record was not received by this date, we might order him to appear and show cause why he should not be held in contempt. Mr. Duran failed to file the record. The clerk's office of this court contacted Mr. Duran by telephone, advising him the record was past due per our prior order. In response, on December 29, 2016, Mr. Duran filed a notification of late record asking for another thirty-three days in which to file the reporter's record. After review, we **GRANT** Mr. Duran's request for additional time and **ORDER** him to file the reporter's record in this court **on or before January 23, 2017**. **We advise Mr. Duran that no further extension of time will be granted absent written proof of extraordinary circumstances**.

---

[1] We also advised court reporter Decline Benavides, by letter of the same date, that her portion of the record was overdue. In response, Ms. Benavides advised the court that the portion of the record she was responsible for has not been requested by appellant.

We further **order** the clerk of this court to serve this order on court reporter Luis Duran Jr. and all counsel. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," *see* TEX. R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court